IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND J. HINN,

    Plaintiff,

  v.

HSU ASSISTANT MANAGER
FITZPATRICK and DOCTOR RIBAULT,

    Defendants.

Case No.  21-cv-433-jdp

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | April 8, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |